Monday, October 26, 2015

Gayland Decloyce Williams
#00875982
Telford Unit
3899 State Hwy 98
New Boston, Texas 75570

REC'D IN COURT OF APPEALS
12th Court of Appeals District

OCT 29 2015

TYLER TEXAS
PAM ESTES, CLERK

RE:   Case Number: 12-15-00065-CR
      Trial Court Case Number: 241-1607-14

Style: Gayland Decloyce Williams
              Vs.
       The State of Texas

Dear Clerk of the 12ᵀᴴ District Court,

    Please inform me on whether, it is jurisdiction of this court, that I may present the relevant facts, that has rendered an involuntary plea of guilty due to being unconstitutionally deprived of my guaranteed right to the effective assistance of counsel.

                              Respectfully Submitted,

                              Gayland Decloyce Williams
                              Gayland Decloyce Williams

REC'D IN COURT OF APPEALS
12th Court of Appeals District

OCT 2 9 2015

TYLER TEXAS
PAM ESTES, CLERK